U.S. District Court - CA Southern District
880 Front Street #4290
San Diego, CA 92101-8900

GARRUCHA; NGUYEN; ET AL., PLAINTIFFS,

V.

LINDA YOST, DEFENDANT.   Civil Case No: '07CV 2096 L CAB

FILING FEE PAID   Yes ___ No ✓
IFP MOTION FILED   Yes ✓ No ___
COPIES SENT TO   Court ✓ ProSe ___

FILED  OCT 31 2007  CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA  BY ___ DEPUTY

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. §1983 CLASS ACTION

(A) JURISDICTION: Parties mostly reside in this District (28 U.S.C. §1343 A 3).

(B) PARTIES: Plaintiffs Garrucha-Gallego and Nguyen, et al at CA and NM had their civil rights violated in 2005 by Defendant L. Yost who was employed in 2005 as CA-PCSD Agent. She is sued in both individual and official capacity. CA-PCSD is under 24-hours TARS by various research companies via multiple research contracts from 1985 in Phase-1 and since 2005 in Phase-2.

(C) CAUSES OF ACTION: In 2005 Defendant Yost had violated the civil rights of freedom from cruel and unusual punishment and treason laws as recorded by 24-hours TARS (Track And Record Surveillance) Systems being tested to win the War On Terror (WOT), via Title 15 §3261.7(A). Yost was bribed to file false reports to help terrorist moles.

(D) ADMINISTRATIVE RELIEF: Enclosed CDC 602 was ignored as part of a cover-up.

(E) REQUEST FOR RELIEF: Plaintiffs requests Defendant: to be placed on leave; to be ordered to pay damages of $12-million, punitive damages of $24-million; ordered to trial by Jury via Magistrate Judge; order subpoena of all CDCR records of Yost with all TARS data; and any orders deemed fit and proper.

Mr. J. A. Howell, Attorney At Law
7855 Ivanhoe Avenue
La Jolla, CA 92037

Mr. Q. Diaz Nguyen, Primary Plaintiff
Box 799002 T94013 Garrucha Twen F2-9-306
San Diego, CA 92179-9002

From: QUANG G. DIAZ NGUYEN
NOEL G. GARRUCHA-GALLEGO
BOX 799002 T94013-F2-9-306
SAN DIEGO, CA 92179-9002

RE: Justice2000 Forms & WILDFIRES EVIDENCE
XC: Mr. George W. BUSH, POTUS 2001-2008
Ms. Bill and Melinda GATES, Gates Foundation
Ms. Laura LYLE, MIC-NM President
Mr. N. GATES-GALLEGO, MIC-GU President
Mr. David COPLEY, CP President
Ms. Carolyn HAX, MIC-DC President

TO: SYLVIA GONZALES
JASMIN GONZALES
COURT CLERK W.S. HAMRICK JR.
940 FRONT STREET #4290
S.D., CA 92101-8900

Dear COURT EXECUTIVE OFFICER HAMRICK:

A. Please send me copies of your standard forms as follows:
+ Civil Action Forms and Class Action Guidelines
+ Name Change or Registration Forms
+ Patent and Trademark Copyright Forms
+ Petition for Writ of Habeous Corpus Forms
+ Summons Forms for Civil Action and Subpoena
+ Waiver of Fees Forms

B. Please send a list of your local law providers not limited to State Bar Associations and Referral Services. Your quick response will help WIN the War On Terror (WOT). As part of the Justice2000 (J2k) Phase-2 REsearch, all events of these cases and all parties will be reviewed by multiple media organizations, the various Supreme Courts and the US Congress especially in Phase-3 TS-PTM (Trade Secret Patent Trade Marked).

C. If you have any 501c3 groups that can receive donations from wills and estate codicils, please send guidelines. Also please file any enclosed motions for Orders in the appropriate case files. As noted in the J2k case files in your courts, the J2k Law REsearch Teams from Phase-1 to Phase-3 are testing 24-hours TARS (TRack and REcord Surveillance) Systems more advanced than the Micron Electronic Corporation (MEC) Micro Electro Mechanical Systems (MEMS) Microbots. Being tested in CA are billions of desert version N3-BUGS-TARS Systems which will be sent to all terrorist countries to win the WOT.

D. The 2003 registered Microsoft Investment Clubs (MIC) at CA will be processing an IPO in another state for systems expected to be more valuable that Microsoft Corporation (MSC) Personal Computers (PC) Operating Systems (OS). Presently MIC organizations are on hold-suspension at CA to process MIC-HQ transfers to another state due to treason acts by CA-PCSD-Agent Linda YOST and SDCCD Detective Moreno. Their perjuries and misconducts, such as theft of equipment, have caused a delay in winning the WOT via 24-hours TARS Systems.

E. Please send copies of the listed standard forms listed above to the addresses below.

Sincerely,

Q. Gates Diaz Nguyen
MR. QUANG GATES DIAZ NGUYEN
MR. NOEL GATES GARRUCHA-GALLEGO
BOX 799002 T94013-F2-9-306
SAN DIEGO, CA 92179-9002

MR. NOE GATES-GALLEGO
MS. LOU G. GALLEGO
BOX 5510 ATTN: ROSE PROJECTS
AGANA, GU 96932-5510

MS. MELINDA GATES
MS. NATALIE GATES
1 MICROSOFT WAY
REDMOND, WA 98052

[ N. GATES GARRUCHA-GALLEGO
446 ALTA ROAD 5300 B#7775738
S.D., CA 92158 ]



# San Diego County
# SHERIFF'S DEPARTMENT

CASE # CD 194876

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## QUEJA/APELACION DE LA DISCIPLINA DE PRESO

☐ SDCJ   ☐ DDF   ☒ GBDF   ☐ EMDF   ☐ LCDF   ☐ SBDF   ☐ VDF

From: **GARRUCHA, N.G. (TWIN) NGUYEN, DIAZ Q.**   **Ø7775738**   **4B-221**
De: (Q4) Name (Last, First, Middle) (Q5)      Booking Number      Housing Unit
       Nombre (Apellido, Primero, Segundo)    Número de ficha      Unidad de alojamiento

Grievance is about:  ☐ Jail Procedures   ☐ Jail Conditions   ☐ Medical   ☒ Other **DUE PROCESS**
La queja es acerca de: Procedimientos de la Cárcel  Condiciones de la Cárcel  Médico  Otro **(WILDFIRES)**

Date and Time of Incident / Fecha y hora del incidente: **2007 OCT. 10 WED. 1330 SUPERIOR COURT HEARING**

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)

ATTORNEY MS. M. DUROVICK REPRESENTED DEFENDANT, Q5, WHO ASKED HER TO REQUEST A BAIL REVIEW O/R HEARING SINCE Q5 HAD TARS SYSTEMS EVIDENCE TO STOP TERRORISTS WILDFIRES ARSONISTS PERPS (TWAP) AS SHOWN TO NM JUDGE SILVIA E. CANO-GARCIA VIA CLASSIFIED CS-NTK STATUS. PRE DISPOSITION MINUTES (EXHIBIT 2007J10) SHOWS THE BAIL REVIEW O/R HEARING WAS WAIVED CONTRARY TO THE DEFENDANT'S ASSERTION TO STOP TWAP ATTACKS. THE DEFENDANT BROTHERS HAVE PROVEN TO MULTIPLE NM JUDGES THAT TARS SYSTEMS WITH OVER 10,000 PAGES OF TS-SCI CLASSIFIED DOCUMENTS PROVE THE WRONG BROTHER HAS BEEN KIDNAPPED BY NM-LCPD-L221 J.J. FERGUSON. NEITHER FERGUSON NOR DUROVICK HAS THE CLEARANCE TO REVIEW DATA SHOW TO JUDGE CANO-GARCIA SO FERGUSON IS GUILTY OF CONTEMPT OF COURT. PLEASE FAX A COPY OF THIS APPEAL TO THE FEDERAL ARSON INVESTIGATORS.

Q.D.N. FOR GARRUCHA      2007 OCT. 11 THU.  CASE # CD 194876
Inmate Signature / Firma de Preso     Date / Fecha

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____  _____  _____  _____
             Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____  _____  _____
                 Date   Time   JIMS Grievance Number

☐ This submission is not a grievance:
  ☐ It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
  ☐ It is a complaint against staff—handle appropriately. (No entry in JIMS.)
  ☐ It is an inmate request—respond in writing below. (No entry in JIMS.)

Response to Inmate Request:

---

J-22 (Rev 11/05)   Original goes to booking jacket    Copy goes to inmate after being signed by staff member

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254  1983

FILING FEE PAID
Yes ___ No ___

IFP MOTION FILED
Yes ___ No ___

COPIES SENT TO
Court ___ Prisoner ___

FILED
OCT 31 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

Q. Gates Diaz Nguyen

**DEFENDANTS**

Linda Post

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Q. Gates Diaz Nguyen
PO Box 799002
San Diego, CA 92179
T-94013

**ATTORNEYS (IF KNOWN)**

'07 CV 2096 L   CAB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   **DEMAND $**   Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE 10/31/2007   SIGNATURE OF ATTORNEY OF RECORD