PLAINTIFF/PETITIONER/MOVANT'S NAME: Q. GATES DIAZ NGUYEN (Q5) or
TWIN: N. GATES GARRUCHA-GALLEGO (Q4)

PRISON NUMBER T94013 OR DoD-IRR-USAR-LT.
N. G. GATES-GALLEGO

PLACE OF CONFINEMENT RJDCF

ADDRESS Box 799002-F2-9-306
San Diego, CA 92179-9002



**FILED**
OCT 31 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

## United States District Court
### Southern District Of California

GARRUCHA, NGUYEN, ET AL,
             Plaintiff/Petitioner/Movants
                    v.
LINDA YOST,
             Defendant/Respondent

Civil No. 07CV 2096 L CAB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Q. GATES DIAZ NGUYEN or IDENTICAL TWIN N. GATES GARRUCHA-GALLEGO, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒Yes ☐No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?              ☐ Yes ☒ No
    Do you receive any payment from the institution?  ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                              ::ODMA\PCDOCS\WORDPERFECT\22835\1

EXHIBIT # 2007 G30-1

2. Are you currently employed? [X] Yes [ ] No   $1.00 PER YEAR + STOCK OPTIONS
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   MICROSOFT INVESTMENT CLUB, INC.          MS. LAURA LYLE, MIC 88004 PRESIDENT
   402 WEST BROADWAY #400                    BOX 160 HOPE PROJECTS
   SAN DIEGO, CA 92101                       LAS CRUCES, NM 88004-0160

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   N/A

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   [ ] Yes [X] No
   b. Rent payments, royalties interest or dividends  [ ] Yes [X] No
   c. Pensions, annuities or life insurance           [ ] Yes [X] No
   d. Disability or workers compensation              [ ] Yes [X] No
   e. Social Security, disability or other welfare    [ ] Yes [X] No
   e. Gifts or inheritances                           [ ] Yes [X] No
   f. Spousal or child support                        [ ] Yes [X] No
   g. Any other sources                               [ ] Yes [X] No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   N/A

4. Do you have any checking account(s)? [ ] Yes [X] No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? [ ] Yes [X] No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? [ ] Yes [X] No
   a. Make:          Year:          Model:
   b. Is it financed? [ ] Yes [ ] No
   c. If so, what is the amount owed?

EXHIBIT # 2007G30-2

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. __N/A__

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): MICROSOFT INVESTMENT CLUBS, INC. STOCK OPTIONS

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
    PRESENTLY INCARCERATED, HOUSED, FED, MEDICALLY SERVICED BY CDCR - R.J.D.C.F. STATE PRISON, WHO HAS KIDNAPPED ME IN PLACE OF MY IDENTICALLY TWIN BROTHER, (Q4)N. GATES GARRUCHA-GALLEGO

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2007 July 30
DATE

Q. Gates Diaz Nguyen (Q5)
SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)                    -3-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

EXHIBIT # 2007 G3A-3

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Q. GATES DIAZ NGUYEN (Q5 TWIN)__,
(NAME OF INMATE)

__T94013 (FALSELY INCARCERATED AS N. GATES GARRUCHA-GALLEGO)__,
(INMATE'S CDC NUMBER)

has the sum of $ _____ on account to his/her credit at _____

__R.J.D.C.F. STATE PRISON OF CDCR__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __NONE__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __2.37__,

and the *average monthly deposits* to the applicant's account was $ __2.37__.

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__2007 JULY 30__
DATE

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__J. RODRIGUEZ__
OFFICER'S FULL NAME (PRINTED)

__C.O. - RJDCF__
OFFICER'S TITLE/RANK

EXHIBIT #2007G30-4

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _Q. GATES DIAZ NGUYEN (Q5) FOR TWIN T94013_, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE _2007 July 30_

_Q. Gates Diaz Nguyen_
SIGNATURE OF PRISONER
_FOR T94013 TWIN N. GATES GARRUCHA-GALLEGO_

CIV-67 (Rev. 9/97)                            -5-                ::ODMA\PCDOCS\WORDPERFECT\22835\1

EXHIBIT #2007G30-5

```
REPORT ID: TS3030                                          REPORT DATE: 08/01/07
                                                           PAGE NO:        1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                               R.J.DONOVAN CORR. FACILITY
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUL. 01, 2007 THRU AUG. 01, 2007

ACCOUNT NUMBER : T94013                   BED/CELL NUMBER: F20900000000306U
ACCOUNT NAME   : GARRUCHA, NOEL GALLEGO    ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                           TRUST ACCOUNT ACTIVITY
     TRAN
DATE  CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -------------  --------  ---------  ---------- -----------   --------

07/01/2007   BEGINNING BALANCE                                             0.00

07/17*DD30 CASH DEPOSIT  0270/HU                  2.77                     2.77
07/26 W516 LEGAL COPY CH 0451/JUL07                            0.40        2.37


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/23/03                   CASE NUMBER: SCD165856
COUNTY CODE: SD                            FINE AMOUNT: $    800.00

   DATE       TRANS.   DESCRIPTION                 TRANS. AMT.    BALANCE
 --------    -------   ------------------------    -----------    --------

07/01/2007            BEGINNING BALANCE                            798.60

07/17/07     DR30     REST DED-CASH DEPOSIT            3.07-       795.53

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *



                           TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL        TOTAL       CURRENT      HOLDS       TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS    BALANCE     BALANCE      TO BE POSTED
 ---------    --------   -----------    -------     -------      ------------
    0.00        2.77        0.40         2.37        0.00            0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                2.37
```