# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Q. Gates Diaz Nguyen

              **V.**                                    **JUDGMENT IN A CIVIL CASE**

Linda Yost

                                        **CASE NUMBER:**    07-2096-L(CAB)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Complaint in Civil Case No. 07-2096 L (CAB) is dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's Motion to Proceed In Forma Pauperis is denied as moot. The Clerk shall close the file.

| November 6, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ K. Madden |
| | (By) Deputy Clerk |
| | ENTERED ON November 6, 2007 |