Case: 3:07cv2096

Q. GatesDiaz Nguyen T-94013
PO Box 799002
San Diego, CA 92179

------------------------------------------------------------

Returned Mail
No forwarding address
Excess pages discarded
Date  11-15-07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q. GATES DIAZ NGUYEN, CDCR #T-94013,<br><br>                    Plaintiff,<br><br>vs.<br><br>LINDA YOST,<br><br>                    Defendant. | Civil No. 07-2096 L (CAB)<br><br>**ORDER:**<br><br>**(1) DISMISSING CIVIL ACTION AS DUPLICATIVE PURSUANT TO 28 U.S.C. § 1915A(b)(1); and**<br><br>**(2) DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT [Doc. No. 2]** |

Plaintiff, a state inmate currently incarcerated at the Richard J. Donovan Correctional Facility located in San Diego, California and proceeding pro se, has filed a civil rights Complaint pursuant to 42 U.S.C. §1983. Plaintiff has not prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a); instead, he has filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [Doc. No 2].

////
////

Case: 3:07-cv-02096-L-CAB Document #: 4-1 Date Filed: 11/06/2007 Page 1 of 1
Case 3:07-cv-02096-L-CAB Document 5 Filed 11/06/2007 Page 3 of 3
AO 450 Judgment in a Civil Case

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Q. Gates Diaz Nguyen

V.                      **JUDGMENT IN A CIVIL CASE**

Linda Yost

CASE NUMBER:    07-2096-L(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Complaint in Civil Case No. 07-2096 L (CAB) is dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's Motion to Proceed In Forma Pauperis is denied as moot. The Clerk shall close the file.

| November 6, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ K. Madden
(By) Deputy Clerk

ENTERED ON November 6, 2007

07-2096-L(CAB)